No. D–1237.   IN RE DISBARMENT OF MATUSOW.   It is ordered that Arthur J. Matusow, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig.   TEXAS v. NEW MEXICO.   Motion of the River Master for award of compensation and fees granted, and the River Master is awarded a total of $7,318.93 for the period October 1 through December 31, 1992, to be paid equally by the parties. [For earlier order herein, see, e. g., 506 U. S. 983.]

No. 91–261.   BUILDING & CONSTRUCTION TRADES COUNCIL OF THE METROPOLITAN DISTRICT v. ASSOCIATED BUILDERS & CONTRACTORS OF MASSACHUSETTS/RHODE ISLAND, INC., ET AL.; and
No. 91–274.   MASSACHUSETTS WATER RESOURCES AUTHORITY ET AL. v. ASSOCIATED BUILDERS & CONTRACTORS OF MASSACHUSETTS/RHODE ISLAND, INC., ET AL.   C. A. 1st Cir.   [Certiorari granted, 504 U. S. 908.]   Motion of the Acting Solicitor General for leave to file a supplemental brief as amicus curiae after argument granted.

No. 91–871.   BATH IRON WORKS CORP. ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL., 506 U. S. 153.   Motion of respondent Ernest Brown for award of attorney's fees denied without prejudice to refiling in the United States Court of Appeals for the First Circuit.

No. 92–102.   DAUBERT ET UX., INDIVIDUALLY AND AS GUARDIANS AD LITEM FOR DAUBERT, ET AL. v. MERRELL DOW PHARMACEUTICALS, INC.   C. A. 9th Cir.   [Certiorari granted, 506 U. S. 914.]   Motion of American College of Legal Medicine for leave to participate in oral argument as amicus curiae, for divided argument, and for additonal time for oral argument denied.

No. 92–166.   KEENE CORP. v. UNITED STATES.   C. A. Fed. Cir. [Certiorari granted, 506 U. S. 939.]   Motion of Dico, Inc., to withdraw amicus curiae brief denied.